**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6957**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEVRONN DEMONN RIDDICK,

Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:10-cr-00070-RBS-FBS-2)

Submitted:  November 5, 2014        Decided:  November 13, 2014

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Devronn Demonn Riddick, Appellant Pro Se.  Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devronn Demonn Riddick appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion filed in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Riddick, No. 2:10-cr-00070-RBS-FBS-2 (E.D. Va. May 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED